IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02085-WYD-CBS

TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO,
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND,
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND FOR OPERATING ENGINEERS,

      Plaintiffs,

v.

ASHTON PARK HOMES, L.L.C., a Colorado limited liability company,

      Defendant.

## **MINUTE ORDER**

### **ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Motion to Vacate February 8, 2007 Scheduling Conference (*doc. no. 8)* is **GRANTED**.  The scheduling conference set for February, 8, 2007, and all related deadlines are **VACATED**.

**DATED:**      January 19, 2007